**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIANNE ROBERTA ADENIJI,

    Plaintiff,

vs.                                          CASE NO. 3:13-cv-361-J-34TEM

FLORIDA STATE COLLEGE,

    Defendant.

## O R D E R

This case is before the Court on Defendant's Motion to Further Extend the Deadline for the Parties' Case Management Conference (Doc. #37, Motion), filed October 28, 2013. In the Motion, Defendant requests that the Court postpone the deadline for the parties to hold the case management conference until the Court rules on the Report and Recommendation of the undersigned (Doc. #23) or Defendant's Motion to Dismiss (Doc. #11). In the Motion, Defendant argues that to require the parties to expend time and resources before the Court's ruling on these potentially dispositive matters would be unduly prejudicial. Motion at 2. The undersigned agrees. Upon review of the record in this case, the Court finds good cause for the relief requested.

In accord with Local Rule 1.01(c), the Court finds the instant motion is clearly due to be granted in part and therefore enters this ruling without awaiting the normal response period. As such, the Court will grant the Motion to the extent that the deadline for the parties to conduct the case management conference **is enlarged to January 27, 2014.**

**DONE AND ORDERED** at Jacksonville, Florida this <u>29th</u> day of October, 2013.

_____
THOMAS E. MORRIS
United States Magistrate Judge

Copies to *Pro se* Plaintiff
      and counsel of record, if any